IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| ROSIE MAE CHATT, ET AL., | * | |
| Plaintiffs, | * | |
| VS. | * | NO: 3:08CV0096 SWW |
| CITY OF WEST MEMPHIS, ET AL., | * | |
| Defendants. | * | |

**Order**

Before the Court is a motion to withdraw filed by Don Trimble, co-counsel for plaintiff. The motion [docket entry 14] is granted. The Court hereby directs remaining counsel, Javier Bailey, who has been admitted to appear *pro hac vice*, to provide the Court with the name, address, and telephone number of local counsel with whom the court may communicate regarding this case. *See* Local Rule 83.5(d).[1]

Also before the Court is plaintiff's motion for an extension of the discovery deadline to which there has been no timely response. The motion [docket entry 14] is granted to the extent that the parties have until May 18, 2009, in which to complete discovery.

SO ORDERED this 12th day of May, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] An application for admission *pro hac vice* "shall designate a member of the Bar of these Courts who maintains an office in Arkansas for the practice of law with whom the court and opposing counsel may readily communicate regarding the conduct of the case. There shall also be filed with such application the address and telephone number of the named designee."