IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| ROSIE MAE CHATT, ET AL., | * | |
| Plaintiffs, | * | |
| VS. | * | NO: 3:08CV0096 SWW |
| CITY OF WEST MEMPHIS, ET AL., | * | |
| Defendants. | * | |

**Order**

Before the Court is plaintiffs' motion for voluntary dismissal of their complaint pursuant to Fed.R.Civ.P. 41(a)(2). There has been no timely response. The motion [docket entry 21] is granted. Plaintiffs' complaint is dismissed without prejudice. Plaintiffs' motion to dismiss retained counsel [docket entry 20] is moot because the complaint has been dismissed. Defendant Busby's motion for summary judgment [docket entry 17] is denied as moot.

SO ORDERED this 8th day of June, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE